UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:   Sofia C. Ramirez                                    Case No. 11-61976

                                                             Chapter 7
      Debtor(s).

## MOTION FOR TURNOVER ORDER FOR DOCUMENTS

Comes now William F. Schneider, Trustee in the above-styled case, and moves the Court for the entry of an order requiring the Debtor to turn over to the Trustee: (1) as soon as filed, copies of her 2011 federal and Virginia income tax returns; and (2) 58.90% share of any non-exempt 2011 tax refund which the debtor may be entitled to receive.

Dated:  October 5, 2011        **/s/ William F. Schneider**
        William F. Schneider, Trustee
        P.O. Box 739
        Lynchburg, VA  24505
        434.528.0411
        434.845.3666 (FAX)